JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-09871-CBM-MAA | Date | December 23, 2024 |
|---|---|---|---|

| Title | Roderick Washington v. Shen Gay Fern |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER RE: DISMISSAL OF CASE**

     On November 5, 2024, Plaintiff filed this action without paying the filing fee or filing a request to proceed without prepayment of filing fees. (Dkt. No. 1.) On November 15, 2024, the Court issued a notice informing Plaintiff of the failure to pay the filing fee and ordering Plaintiff to file a request to proceed without prepayment of filing fees if he is "unable to pay the entire filing fee at this time." (Dkt. No. 2.) The Court warned Plaintiff that failure to respond to the notice within 30 days may result in this action being dismissed. To date, Plaintiff has failed to respond by either paying the filing fee or filing a request to proceed without prepayment of fees. Therefore, this case is dismissed without prejudice. Upon the issuance of this order, the case will be closed.

     **IT IS SO ORDERED.**

00  :  
CV-90 (12/02)         CIVIL MINUTES - GENERAL         Initials of Deputy Clerk  VRV